## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
Civil Case No. 0:21-cv-00419-PJS-KMM

| | |
|---|---|
| Barbara L. Bjornson, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Patrick K. Willis Company, Inc. d/b/a American Recovery Service, and AWR Enterprises Inc.,<br><br>Defendants. | **STIPULATION FOR DISMISSAL** |

The Parties hereto, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate and agree as follows:

**WHEREAS,** on February 12, 2021, Plaintiff filed a Class Action Complaint [ECF. 1] in the above-referenced matter.

**WHEREAS,** no class has been certified.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

1. That the above-entitled action by Plaintiff (*no class having been certified*) be dismissed with prejudice, on the merits, and without further costs, disbursements, or attorneys' fees to any of the parties hereto.

2. The Parties stipulate to the entry of an appropriate order so providing.

*[SIGNATURES ON THE FOLLOWING PAGE]*

Dated: <u>July 25, 2021</u>

| | |
|---|---|
| **HOGAN LOVELLS US LLP** | **TARSHISH CODY, PLC** |
| By: *<u>/s/Peter H. Walsh</u>* | By: *<u>/s/ Adam R. Strauss</u>* |
| Peter H. Walsh (MN No. 388672) | Adam R. Strauss (#0390942) |
| Alicia J. Paller (MN No. 397780) | 6337 Penn Avenue South |
| Hogan Lovells US LLP | Minneapolis, Minnesota 55423 |
| 80 South Eighth Street, Suite 1225 | Telephone: (952) 361-5556 |
| Minneapolis, MN 55402 | Facsimile: (952) 361-5559 |
| T. (612) 402-3000 | Email: ars@attorneysinmn.com |
| F. (612) 402-3001 | |
| peter.walsh@hoganlovells.com | *ATTORNEYS FOR PLAINTIFF* |
| alicia.paller@hoganlovells.com | |
| | |
| Lisa J. Fried (*pro hac vice*) | |
| Hogan Lovells US LLP | |
| 390 Madison Avenue | |
| New York, New York 10017 | |
| T. (212) 918-3000 | |
| F. (212) 918-3100 | |
| lisa.fried@hoganlovells.com | |
| | |
| *ATTORNEYS FOR DEFENDANTS* | |