UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Case No. 0:21-cv-00419 (PJS/KMM)

| | |
|---|---|
| Barbara L. Bjornson, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Patrick K. Willis Company, Inc. d/b/a American Recovery Service, and AWR Enterprises Inc.,<br><br>Defendants. | **ORDER FOR DISMISSAL** |

Based upon the Stipulation of Dismissal filed in the above-entitled matter, and upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED as to Plaintiff's claims against Defendants (*no class having been certified*) that judgment of dismissal with prejudice, on the merits, and without any further costs, disbursements, or attorneys' fees to either party, be entered in the above-entitled action.

BY THE COURT:

Dated: July 26, 2021

s/Patrick J. Schiltz
Honorable Patrick J. Schiltz
United States District Court Judge
District of Minnesota